IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SYLVIA ROCHE, et al.** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 08-2518 |
| | : | |
| **SPARKLE CITY REALTY, INC., et al.** | : | |
| | : | |

**ORDER**

**AND NOW**, this 12th day of June, 2009, upon consideration of Defendant EverHome Mortgage Company's Motion to Dismiss Plaintiffs' First Amended Complaint (docket no. 23) and all responses thereto, and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. Accordingly, Plaintiffs' First Amended Complaint is **DISMISSED WITH PREJUDICE** as to EverHome Mortgage Company.

BY THE COURT:

S/ BRUCE W. KAUFFMAN
BRUCE W. KAUFFMAN, J.